

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

George Wayne Smith, Appellant

No. 06-12-00114-CR     v.

The State of Texas, Appellee

Appeal from the 3rd District Court of Henderson County, Texas (Tr. Ct. No. C-19,057). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, George Wayne Smith, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 24, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk